U.S. DISTRICT COURT-N.D. OF N.Y.
FILED

AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk- Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

**Criminal Action No.**
**06-MJ-390 (GHL)**

**v.**

**COLIN CHILBERT,**

**Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the criminal complaint, 06-MJ-390, against defendant Colin Chilbert only.

The reason(s) for this dismissal are (check one or more):

___ Case transferred to another District

___ Speedy Trial Act

___ Defendant's cooperation

___ Insufficient evidence at this time

_X_ Other:   The defendant has successfully completed a one-year term of pre-trial diversion. He has paid restitution in full, has completed 100 hours of community service, has fully

<u>complied with all other terms and conditions of his supervision, including reporting as directed, and submitting to drug testing. All of the defendant's drug tests were negative. In addition, he both attended college and worked part time during the diversionary period. Accordingly, pursuant to a written agreement between the parties, as the defendant has successfully met all of his obligations, the Government moves to dismiss the charges contained in criminal complaint 06-MJ-390 as against defendant Chilbert.</u>

With respect to this dismissal, defendant (check one):

__X__ Consents

____ Objects

____ Has not been consulted

This dismissal is without prejudice.

ANDREW T. BAXTER
Acting United States Attorney

By: *(signature)*
Lisa M. Fletcher
Assistant U.S. Attorney
Bar Roll No. 510187

Leave of court is granted for the filing of the foregoing dismissal.

Dated: January 26, 2009
Syracuse, New York

*(signature)*
Hon. David E. Peebles
United States Magistrate Judge

2